LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5550 GAF (PLAx) | Date | September 22, 2010 |
|---|---|---|---|
| Title | Aurora Loan Services LLC v. Rosslyn Butler | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:** **(In Chambers)**

### ORDER TO SHOW CAUSE RE: DIVERSITY JURISDICTION

Plaintiff Aurora Loan Services, LLC filed suit in this Court against Defendant Rosslyn Butler for an unauthorized filing of a Uniform Commercial Code financing statement in violation of California Commercial Code § 9509. Plaintiff's Complaint asserts that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Compl. ¶ 3.) However, Plaintiff has failed to sufficiently allege federal court diversity jurisdiction.

Diversity jurisdiction exists in civil actions between "citizens of different States." 28 U.S.C.§ 1332(a)(1). The Complaint alleges that diversity of citizenship exists because Defendant is a "citizen of California" and Plaintiff is "a Delaware limited liability company with its principal place of business in Littleton, Colorado," and that it "is not a citizen of California." (Compl. ¶¶ 1, 2.)

Plaintiff has failed to allege the citizenship of every owner/member of Aurora Loan Services, LLC. For the purposes of § 1332 diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). Plaintiff's Complaint alleges only that Plaintiff is "not a citizen of California." (Compl. ¶ 1.) Because Plaintiff has not adequately plead the citizenship of each of the owners/members of its LLC under the Johnson rule, the Court cannot conclude that diversity jurisdiction exists.

LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5550 GAF (PLAx) | Date | September 22, 2010 |
|---|---|---|---|
| Title | Aurora Loan Services LLC v. Rosslyn Butler | | |

    Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE,** by the close of business on **Monday, October 4, 2010**, why this case should not be dismissed for lack of subject matter jurisdiction.

    **IT IS SO ORDERED.**